IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00967-MSK-PAC

UBS FINANCIAL SERVICES INC., a Delaware corporation,

    Plaintiff,

vs.

RICHARD BLANCO,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff UBS Financial Services Inc. ("UBS") and Defendant Richard Blanco ("Blanco"), by and through their undersigned counsel (collectively the "Parties"), pursuant to F.R.C.P. 41(a)(2) and the Court's Order of August 24, 2005, respectfully submit this Stipulation of Dismissal With Prejudice ("Stipulation") and, in support thereof, state as follows:

1. The Parties have entered into a settlement agreement regarding all claims between them arising from or relating to the subject matter of this litigation.

2. Pursuant to this Stipulation, all claims in this action are dismissed with prejudice, each party to pay his or its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 1st day of September 2005.

/s/ Kristina I. Mattson
Brian D. Gonzales (CO Bar No. 029775)
Kristina I. Mattson (CO Bar No. 035424)
FOGNANI & FAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
Telephone: 303-382-6200
Facsimile: 303-382-6210

and

Michael B. Roche (IL Bar No. 2359405)
Michael D. Lee (IL Bar No. 6225432)
SCHUYLER, ROCHE & ZWIRNER, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
Telephone: 312-565-2400
Facsimile: 312-565-8300

ATTORNEYS FOR PLAINTIFF
UBS FINANCIAL SERVICES INC.

/s/ Daniel F. Warden
Daniel F. Warden, Esq.
BOND & MORRIS, P.C.
303 E. 17th Avenue, Ste 888
Denver, CO 80203
Telephone: 303-837-9222
Facsimile: 303-837-0849

ATTORNEY FOR DEFENDANT
RICHARD BLANCO

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2005, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was served electronically on:

Daniel F. Warden, Esq.
BOND & MORRIS, P.C.
303 E. 17th Avenue, Ste 888
Denver, CO  80203

/s/ Cindy S. Vega
Cindy S. Vega